Fill in this information to identify the case:

United States Bankruptcy Court for the:

Northern District of Illinois

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. **Debtor's name** | 564-566 KELTON AVE INDUSTRIES LLC | |
| 2. **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as* names | | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | None | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 7222 Dixon St. <br> Number    Street | <br> Number    Street |
| Apt 203 | <br> P.O. Box |
| Forest Park    IL    60130 <br> City    State    ZIP Code | <br> City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Cook County <br> County | <br> Number    Street |
| | <br> City    State    ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  **564-566 KELTON AVE INDUSTRIES LLC**  Case number (if known) _____
         Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/.

5311

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply:*

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.  District _____  When ___/___/____ MM/DD/YYYY  Case number _____
        District _____  When ___/___/____ MM/DD/YYYY  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes.  Debtor _____  Relationship _____
        District _____  When ___/___/____ MM/DD/YYYY
        Case number, if known _____

Debtor   564-566 KELTON AVE INDUSTRIES LLC                              Case number (*if known*)_____
         Name

| 11. | **Why is the case filed in *this district*?** | *Check all that apply:*<br>❑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>❑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
|---|---|---|
| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>❑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>❑ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>❑ It needs to be physically secured or protected from the weather.<br>❑ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>❑ Other _____<br><br>**Where is the property?** _____<br>   Number   Street<br>_____<br>_____<br>   City                                      State   ZIP Code<br><br>**Is the property insured?**<br>❑ No<br>❑ Yes. Insurance agency _____<br>         Contact name _____<br>         Phone _____ |

■ **Statistical and administrative information**

| 13. | **Debtor's estimation of available funds** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>❑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
|---|---|---|
| 14. | **Estimated number of creditors** | ☑ 1-49         ❑ 1,000-5,000       ❑ 25,001-50,000<br>❑ 50-99        ❑ 5,001-10,000     ❑ 50,001-100,000<br>❑ 100-199      ❑ 10,001-25,000    ❑ More than 100,000<br>❑ 200-999 |
| 15. | **Estimated assets** | ❑ $0-$50,000              ❑ $1,000,001-$10 million        ❑ $500,000,001-$1 billion<br>❑ $50,001-$100,000         ❑ $10,000,001-$50 million       ❑ $1,000,000,001-$10 billion<br>☑ $100,001-$500,000        ❑ $50,000,001-$100 million      ❑ $10,000,000,001-$50 billion<br>❑ $500,001-$1 million      ❑ $100,000,001-$500 million     ❑ More than $50 billion |

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page **3**

Debtor __564-566 KELTON AVE INDUSTRIES LLC_____   Case number (*if known*)_____
         Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☑ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __03/31/2025__
             MM / DD / YYYY

✘ __/s/ Teresa Johnson_____       __Teresa Johnson_____
Signature of authorized representative of debtor    Printed name

Title __Owner_____

**18. Signature of attorney**

✘ __/s/ Michael Kelly_____       Date __03/31/2025__
Signature of attorney for debtor                       MM / DD / YYYY

__Michael Kelly_____
Printed name
__Kelly & Bracey Law Offices_____
Firm name
__77 W. Washington St. 1415_____
Number    Street
__Chicago_____   __IL__   __60602_____
City                                     State    ZIP Code

__833-516-1095_____          __mkelly@kellybraceylaw.com__
Contact phone                              Email address

__6273989_____                   __IL_____
Bar number                                  State

DHM Industries, Inc
8846 South Redwood Rd.
West Jordan, UT 84088

Lafayette Tucker
4828 S Prairie Ave
Unit 3B
Chicago, IL 60615

United States Bankruptcy Court

Northern District of Illinois

In re: 564-566 KELTON AVE INDUSTRIES LLC

Case No.

Chapter 11

Debtor(s)

### Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 03/31/2025

/s/ Teresa Johnson
Signature of Individual signing on behalf of debtor

Owner
Position or relationship to debtor